John J. Collins, Esq. (State Bar No. 32100)
Tomas A. Guterres, Esq. (State Bar No. 152729)
Catherine C. Mason, Esq. (State Bar No. 221983)
COLLINS, COLLINS, MUIR & STEWART, LLP
1100 El Centro Street
Post Office Box 250
South Pasadena, CA 91030
(626) 243-1100 – FAX (626) 243-1111
EMAIL: cmason@ccmslaw.com

SEND

FILED
CLERK, U.S. DISTRICT COURT
MAR - 9 2006
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

LODGED

Attorneys for Defendants COUNTY OF LOS ANGELES, COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT, DEPUTY A. GUILLEN, and DEPUTY J. WARGO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

AL WALLER,

Plaintiff,

v.

OFFICER A. GUILLEN, OFFICER J. WARGO, COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT, COUNTY OF LOS ANGELES, AND DOES 1 through 50, inclusive,

Defendants.

CASE NO. CV04-9398 ABC (VBKx)

**JOINT STIPULATION TO CONTINUE TRIAL DATE AND RELATED PRETRIAL DEADLINES; ~~[PROPOSED]~~ ORDER**

DOCKETED ON CM
MAR 10 2006
BY 021

Defendants COUNTY OF LOS ANGELES, COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT, DEPUTY A. GUILLEN, and DEPUTY J. WARGO (hereinafter "DEFENDANTS") and Plaintiff AL WALLER (hereinafter "PLAINTIFF") respectfully request a continuance of the trial date of ***March 28, 2006***, the final pretrial conference date of ***March 13, 2006***, and the motion cut-off.



36

Pursuant to the Court's Minute Order dated March 2, 2006, the Parties have met and conferred regarding new dates for the motion cut-off, final pretrial conference, and trial and hereby stipulate to the following:

1. Last day for filing of dispositive motions: ***March 27, 2006.***
2. Final Pretrial Conference: ***June 5, 2006 at 10:00 a.m.***
3. Trial: ***June 20, 2006 at 8:30 a.m.***

DATED: March __, 2006

LAW OFFICES OF PICCO & PRESLEY

By: ______________________
GREGORY L. PICCO
Attorneys for Plaintiff AL WALLER

DATED: March 7, 2006

COLLINS, COLLINS, MUIR & STEWART, LLP

By: Catherine C. Mason
JOHN J. COLLINS
TOMAS A. GUTERRES
CATHERINE C. MASON
Attorneys for Defendants COUNTY OF LOS ANGELES, COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT, DEPUTY A. GUILLEN, and DEPUTY J. WARGO

**IT IS SO ORDERED.**

**DATED:** 3-8-06

______________________
**AUDREY B. COLLINS**
**United States District Judge**

Collins, Collins, Muir & Stewart, LLP
1100 El Centro Street
Post Office Box 250
South Pasadena CA 91030
Phone (626) 243-1100
Fax (626) 243-1111

Pursuant to the Court's Minute Order dated March 2, 2006, the Parties have met and conferred regarding new dates for the motion cut-off, final pretrial conference, and trial and hereby stipulate to the following:

1. Last day for filing of dispositive motions: ***March 27, 2006.***

2. Final Pretrial Conference: ***June 5, 2006 at 10:00 a.m.***

3. Trial: ***June 20, 2006 at 8:30 a.m.***

DATED: March 7, 2006

LAW OFFICES OF PICCO & PRESLEY

By: ______________________
GREGORY L. PICCO
Attorneys for Plaintiff AL WALLER

DATED: March __, 2006

COLLINS, COLLINS, MUIR & STEWART, LLP

By: ______________________
JOHN J. COLLINS
TOMAS A. GUTERRES
CATHERINE C. MASON
Attorneys for Defendants COUNTY OF LOS ANGELES, COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT, DEPUTY A. GUILLEN, and DEPUTY J. WARGO

**IT IS SO ORDERED.**

**DATED:** ____________

______________________
**AUDREY B. COLLINS**
**United States District Judge**

Collins, Collins, Muir & Stewart, LLP
1100 El Centro Street
Post Office Box 250
South Pasadena, CA 91030
Phone (626) 243-1100
Fax (626) 243-1111



JOINT STIPULATION TO CONTINUE TRIAL DATE

**PROOF OF SERVICE**
**(CCP §§ 1013(a) and 2015.5)**

State of California, )
) ss.
**County of Los Angeles.** )

I am employed in the County of ☒ **Los Angeles** ☐ **Orange**, State of California. I am over the age of 18 and not a party to the within action; my business address is:

☒ 1100 El Centro Street, Post Office Box 250, **South Pasadena**, California 91030.

☐ 620 Newport Center Drive, Suite 200, Newport Beach, CA 92660-8002

On this date, I served the foregoing document described as **JOINT STIPULATION TO CONTINUE TRIAL DATE AND RELATED PRETRIAL DEADLINES; [PROPOSED] ORDER** on the interested parties in this action by placing same in a sealed envelope, addressed as follows: **SEE ATTACHED SERVICE LIST**

☒ **(BY MAIL)** - I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail in **South Pasadena/Newport Beach**, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at: **South Pasadena/Newport Beach**, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **(BY CERTIFIED MAIL)** – I caused such envelope(s) with postage thereon fully prepaid via Certified Mail Return Receipt Requested to be placed in the United States Mail in **South Pasadena/Newport Beach**, California

☐ **BY EXPRESS MAIL OR ANOTHER METHOD OF DELIVERY PROVIDING FOR OVERNIGHT DELIVERY**

☐ **(BY ELECTRONIC FILING AND SERVICE)** – I served a true copy, with all exhibits, electronically on designated recipients through Verilaw at http://vserve.vlaw verilaw.com. Upon completion of electronic transmission of said document(s), a receipt is issued to serving party acknowledging receipt by Verilaw's system Once Verilaw has served all designated recipients, proof of electronic service is returned to the filing party which will be maintained with the original document(s) in our office. This service complies with *CCP § 1010.6*

☐ **FEDERAL EXPRESS** - I caused the envelope to be delivered to an authorized courier or driver authorized to receive documents with delivery fees provided for.

☐ **(BY FACSIMILE)** - I caused the above-described document(s) to be transmitted to the offices of the interested parties at the facsimile number(s) indicated on the attached Service List and the activity report(s) generated by facsimile number **(626)243-1111 (So. Pasadena) or (949) 718-4801 (Newport Beach)** indicated all pages were transmitted.

☐ **(BY PERSONAL SERVICE)** - I caused such envelope(s) to be delivered by hand to the office(s) of the addressee(s).

Executed on **March 7, 2006**, at. **South Pasadena/Newport Beach**, California.

☐ **(STATE)** - I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ **(FEDERAL)** - I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

VERONICA CHAVEZ

Collins, Collins, Muir & Stewart, LLP
1100 El Centro Street
Post Office Box 250
South Pasadena CA 91030
Phone (626) 243-1100
Fax (626) 243-1111

CCMML V15927STIP TO CONT TRIAL DOC

**WALLER V. GUILLEN**
**USDC CENTRAL CASE NO. CV 04-9398ABC (VBKX)**
**OUR FILE NO. 15927**

**SERVICE LIST**

Gregory L. Picco, Esq.
LAW OFFICES OF PICCO & PRESLEY
2121 Cloverfield Blvd., Suite 110
Santa Monica, CA 90404
(310) 829-5414
**ATTORNEYS FOR PLAINTIFF ALL WALLER**



Collins, Collins, Muir & Stewart, LLP
1100 El Centro Street
Post Office Box 250
South Pasadena, CA 91030
Phone (626) 243-1100
Fax (626) 243-1111

SCANNED