```
ENTERED
CLERK, U S DISTRICT COURT

JUL 3 - 2006

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY
```

Priority ✓
Send ✓
Enter ✓
Closed
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

```
FILED
CLERK, U S DISTRICT COURT

JUN 2 9 2006

CENTRAL DISTRICT OF CALIFORNIA
BY    D.A            DEPUTY
```

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Waller<br><br>PLAINTIFF(S)<br>v.<br><br>A. Guillen, et. al.<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV 04-9398-ABC (VBKx)<br><br>JUDGMENT ON THE VERDICT<br>FOR THE PLAINTIFF(S) |

This action came on for jury trial, the Honorable __AUDREY COLLINS__ District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

IT IS ORDERED AND ADJUDGED that the plaintiff(s):

Al Waller

recover of the defendant(s):

A. Guillen; J. Wargo

the sum of $5,000.00 _____, with interest thereon at the legal rate as provided by the law, and its costs of action, taxed ~~in the sum of~~ _____.

Clerk, U. S. District Court

Dated: 6-29-06

By _Daphne Aley_
Deputy Clerk

At: _____

cc: *Counsel of record*

71